# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1432
_____

Vincel K. Chambers

*Plaintiff - Appellant*

v.

Quintin Windham

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: November 15, 2024
Filed: December 11, 2024
[Unpublished]

_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Pretrial detainee Vincel Chambers appeals following the district court's[1] grant of summary judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies.

Having carefully reviewed the record, *see Said v. Mayo Clinic*, 44 F.4th 1142, 1147 (8th Cir. 2022) (standard of review), we conclude that no genuine dispute of material fact exists as to whether Chambers exhausted available administrative remedies, *see* 42 U.S.C. § 1997e(a) (stating that no action shall be brought with respect to prison conditions under § 1983 by a prisoner until available administrative remedies are exhausted); *Johnson v. Jones*, 340 F.3d 624, 627 (8th Cir. 2003) (stating that an inmate must exhaust all available administrative remedies before filing suit in federal court). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Patricia L. Cohen, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).